IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY RILEY, JR. Executor of the Estate of Larry Riley, Sr., Deceased<br>　　　　Plaintiff<br><br>　　v.<br><br>ANDREW HENCH, RN, HOLY SPIRIT HOSPITAL OF THE SISTERS OF CHRISTIAN CHARITY, INC., Individually and/or t/d/b/a GEISINGER HOLY SPIRIT HOSPITAL and PENN STATE HEALTH HOLY SPIRIT MEDICAL CENTER<br>　　　　Defendants | : : : : : : : : : : : : : : : : | No. 1:21-CV-01845-YK<br><br>JURY TRIAL DEMANDED<br><br>MEDICAL PROFESSIONAL LIABILITY |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Sarah W. Arosell, Esquire and Matthew Ridley, Esquire of the law firm Thomas, Thomas & Hafer, LLP on behalf of Defendant, Andrew Hench, R.N., in the above-referenced lawsuit.

                                            Respectfully submitted,
                                            THOMAS, THOMAS & HAFER

Date:  11/17/2021                 /s/ Matthew Ridley
                                            Sarah W. Arosell, Esquire
                                            Attorney I.D. No. 58797
                                            Matthew Ridley, Esquire
                                            Attorney I.D. No. 204265
                                            P.O. Box 999, Harrisburg, PA 17108
                                            717-255-7239/717-237-7105 (fax)
                                            mridley@tthlaw.com

# CERTIFICATE OF SERVICE

I, Matthew Ridley, Esquire, hereby certify that on this date a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE was served, via electronic filing, upon all interested counsel.

> Marion Munley, Esquire
> John M. Mulcahey, Esquire
> Ciara L. DeNaples, Esquire
> Munley Law PC
> 227 Penn Avenue
> Scranton, PA 18503
> Mmunley@munley.com
>
> Frank J. Brier, Esquire
> Myers, Brier & Kelly, LLP
> 425 Spruce Street – Suite 200
> Scranton, PA 18503
> fbrier@mbklaw.com

> /s/ Matthew Ridley
> Matthew Ridley, Esquire

Date: 11/17/2021