# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY RILEY, JR., Executor of the Estate of Larry Riley, Sr., Deceased, | : : : | |
| | : | NO. 21-CV-01845 |
| Plaintiff, | : : | |
| | : | JURY TRAIL DEMANDED |
| v. | : : | |
| ANDREW HENCH, RN, HOLY SPIRIT HOSPITAL OF THE SISTERS OF CHRISTIAN CHARITY, INC., Individually and/or t/d/b/a GEISINGER HOLY SPIRIT HOSPITAL and PENN STATE HEALTH HOLY SPIRIT MEDICAL CENTER | : : : : : : : : | CIVIL ACTION - LAW MEDICAL PROFESSIONAL LIABILITY  JUDGE KANE |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Defendants Holy Spirit Hospital of the Sisters of Christian Charity, Inc., Individually and/or t/d/b/a Geisinger Holy Spirit Hospital and Penn State Health Holy Spirit Medical Center relating to the above-referenced matter.

Respectfully submitted,

/s/ Frank J. Brier
Frank J. Brier (PA ID 73044)
fbrier@mbklaw.com
Brian J. Levy (PA ID 327184)
blevy@mbklaw.com
*Attorneys for Defendants Holy Spirit*
*Hospital of the Sisters of Christian Charity,*

*Inc., Individually and/or t/d/b/a Geisinger
Holy Spirit Hospital and Penn State Health
Holy Spirit Medical Center*

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date: November 22, 2021

# **CERTIFICATE OF SERVICE**

 I, Frank J. Brier hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 22nd day of November 2021:

   Marion Muney, Esquire
   John M. Munley, Esquire
   Ciara L. DeNaples, Esquire
   Munley Law, PC
   227 Penn Avenue
   Scranton, PA 18503

   Matthew Ridley, Esquire
   Sarah W. Arosell, Esquire
   Thomas, Thomas & Hafer, LLP
   P.O. Box 999
   Harrisburg, PA 17108-0999

      /s/ Frank J. Brier
      Frank J. Brier