# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY RILEY, JR., Executor of the Estate of Larry Riley, Sr., Deceased, | |
| | NO. 21-CV-01845 |
| Plaintiff, | |
| | JURY TRIAL DEMANDED |
| v. | |
| | |
| ANDREW HENCH, RN, HOLY SPIRIT HOSPITAL OF THE SISTERS OF CHRISTIAN CHARITY, INC., Individually and/or t/d/b/a GEISINGER HOLY SPIRIT HOSPITAL and PENN STATE HEALTH HOLY SPIRIT MEDICAL CENTER, | MEDICAL PROFESSIONAL LIABILITY |
| | JUDGE KANE |
| | ELECTRONICALLY FILED |
| Defendants. | |

## ORDER

**AND NOW**, this 8th day of February 2022, upon consideration of the Stipulation of Dismissal of Fewer Than All Parties (Doc. No. 15), **IT IS ORDERED** that:

1. The Stipulation is **ADOPTED**;

2. Any and all claims, cross-claims, and counterclaims asserted against Penn State Health Holy Spirit Medical Center shall be discontinued and ended without prejudice;

3. Defendant Penn State Health Holy Spirit Medical Center is terminated from this action; and

4. Defendant Penn State Health Holy Spirit Medical Center shall be removed from the caption in this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania