IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY RILEY, JR., Executor of the** | : | |
| **Estate of Larry Riley, Sr., Deceased,** | : | No. 1:21-cv-01845 |
|     **Plaintiff** | : | |
| | : | (Judge Kane) |
|     **v.** | : | |
| | : | |
| **HOLY SPIRIT HOSPITAL OF THE** | : | |
| **SISTERS OF CHRISTIAN CHARITY,** | : | |
| **INC.,** | : | |
|     **Defendants** | : | |

# ORDER

**AND NOW**, on this 7th day of October 2022, upon consideration of Plaintiff Larry Riley Jr. ("Plaintiff")'s motions for leave to file a document under seal (Doc. Nos. 31, 33) and related submissions (Doc. Nos. 32, 32-2), **IT IS ORDERED THAT** the motions (Doc. No. 31, 33) are **DENIED** in light of Plaintiff's failure to address in its submissions the issue of whether the document they wish to file under seal contains "the kind of information that courts will protect" and whether its disclosure would "work a clearly defined and serious injury to the party seeking closure."  See In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig., 924 F.3d 662, 672 (3d Cir. 2019) (quoting Miller v. Ind. Hosp., 16 F.3d 549, 551 (3d Cir. 1994)).

                                                                    s/ Yvette Kane
                                                                    Yvette Kane, District Judge
                                                                    United States District Court
                                                                    Middle District of Pennsylvania